UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO DOMINGO MATEO JUAN, | CASE NO. C26-0447-KKE |
| Petitioner(s), | |
| v. | ORDER TO SUBMIT FURTHER BRIEFING |
| KRISTI NOEM, et al., | |
| Respondent(s). | |

Petitioner filed a motion for temporary restraining order (Dkt. No. 3), which was granted in part: the Court enjoined the Government from removing Petitioner from the United States without further order of this Court. *See* Dkt. No. 4. The Court's order did not resolve the part of Petitioner's motion requesting his transfer back to the Northwest ICE Processing Center in Tacoma, Washington. *See id*. at 3–4 (deferring ruling on this issue until "after further briefing on the issue").

The Court now ORDERS the Government to respond to that portion of Petitioner's motion at no later than February 10, 2026.

Dated this 9th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SUBMIT FURTHER BRIEFING - 1