UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO DOMINGO MATEO JUAN,<br><br>Petitioner(s),<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondent(s). | CASE NO. C26-0447-KKE<br><br>ORDER ON TRO MOTION |

Petitioner filed a motion for temporary restraining order ("TRO") (Dkt. No. 3), which was granted in part: the Court enjoined the Government from removing Petitioner from the United States without further order of this Court. *See* Dkt. No. 4. The Court's order did not resolve the part of Petitioner's motion requesting his transfer back to the Northwest ICE Processing Center in Tacoma, Washington. *See id*. at 3–4 (deferring ruling on this issue until "after further briefing on the issue").

As directed by the Court, the Government notified the Court that the unresolved portion of the TRO motion is now moot because Petitioner will be transferred back to Tacoma on February 12, 2026. Dkt. No. 7. The Government is ORDERED to file, no later than February 13, 2026, a declaration documenting Petitioner's return to Tacoma. The TRO as previously granted (Dkt. No.

ORDER ON TRO MOTION - 1

4) remains in effect, preventing Petitioner's transfer from this district without further order of this Court, and the parties shall submit briefing on the habeas petition as previously scheduled. Dkt. No. 2.

Dated this 11th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON TRO MOTION - 2