UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO DOMINGO MATEO JUAN, | CASE NO. C26-0447-KKE |
| Petitioner(s), | ORDER EXTENDING TRO |
| v. | |
| KRISTI NOEM, et al., | |
| Respondent(s). | |

The Court previously granted Petitioner's motion for a temporary restraining order ("TRO"), enjoining Respondents from removing Petitioner from the United States or this district. Dkt. Nos. 4, 8. This TRO expires on February 22, 2026 (Dkt. No. 4 at 4), but Petitioner's traverse is not due until February 25, 2026. *See* Dkt. No. 2.

To permit Petitioner to file a traverse before the expiration of the TRO, and to allow adequate time for the Court to review the merits of his habeas petition, the Court finds good cause to extend the TRO an additional 14 days, to March 8, 2026. *See* Fed. R. Civ. P. 65(b)(2). Accordingly, the Court ORDERS that the relief ordered in the TRO (Dkt. No. 4) is extended to March 8, 2026, and it will expire on that date unless further extended by this Court.

Dated this 20th day of February, 2026.

*[signature: Kymberly K Evanson]*

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING TRO - 1