UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO DOMINGO MATEO JUAN, | CASE NO. C26-0447-KKE |
| Petitioner(s), | MINUTE ORDER |
| v. | |
| KRISTI NOEM, et al., | |
| Respondent(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

Petitioner's traverse raises concern with the Government's apparent intent to remove Petitioner while his reopened withholding-only proceedings are pending. *See* Dkt. No. 14 at 6 (citing Dkt. No. 12 ¶¶ 14–15). Petitioner requests that the Court enjoin such a removal, and offered to provide further briefing regarding a preliminary injunction as needed. *Id*.

The Government is ORDERED to file a supplemental return to clarify its position as to Petitioner's removability during reopened immigration proceedings, no later than March 3, 2026. Petitioner may file a supplemental reply no later than March 5, 2026. The clerk is directed to RE-NOTE the habeas petition for March 5, 2026.

Dated this 27th day of February, 2026.

Joshua C. Lewis
Clerk

*/s/Alejandro Pasaye Hernandez*
Deputy Clerk

MINUTE ORDER - 1